# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Reginald Anthony Falice, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:19-cv-00399-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered; IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2019 Order.

August 19, 2019

_____
Frank G. Johns, Clerk
United States District Court